UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| GEORGE VOEKS, Individually, and as Representative of the Estate of JULIE VOEKS, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>DCM SERVICES, LLC,<br><br>    Defendant. | Case No.: 20-cv-1418<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

THE PLAINTIFF, George Voeks, by counsel, Ademi LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, DCM Services, LLC, has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 2nd day of December 2020.     By:     s/ Mark A. Eldridge
                                                  Mark A. Eldridge (SBN: 1089944)
                                                  ADEMI LLP
                                                  3620 East Layton Avenue
                                                  Cudahy, WI 53110
                                                  meldridge@ademilaw.com
                                                  tel (414) 482-8000
                                                  fax (414) 482-8001